**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 97-41385

_____


IN THE MATTER OF: DANIS TUCKER,

Debtor

--------------------------------

TYLER TUCKER; HELEN TUCKER,

Appellants

versus

MICHAEL BOUDLOCHE,

Appellee
*******************************************************************
IN THE MATTER OF: DANIS R. TUCKER, doing
business as Ralph's Foods Company,

Debtor

--------------------------------
DANIS R. TUCKER,

Appellant

versus

MICHAEL BOUDLOCHE, Trustee, Chapter 7; MARY ALICE GARAY,

Appellees
*******************************************************************
IN THE MATTER OF: DANIS R. TUCKER, doing
business as Ralph's Foods Company,

Debtor

--------------------------------
DANIS R. TUCKER,

Appellant

versus

MICHAEL BOUDLOCHE, Trustee, Chapter 7;
MARY ALICE GARAY,

Appellees

_____

Appeals from the United States District Court
For the Southern District of Texas
(C-97-CV-345)
_____

May 5, 2000

Before WIENER, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

This bankruptcy appeal involves questions of denial of discharge, denial of homestead claim, inclusion of property in the bankruptcy estate, rejection of proffered disclaimer as invalid, and partial determination of mootness. We have reviewed the material facts, as reflected by the record on appeal, in light of the pertinent law as discussed in the appellate briefs of the parties; and we have now considered the facts and the law in the context of oral argument by able counsel for the parties. At the end of the day we are firmly convinced that no reversible error was committed by the bankruptcy court or the district court and that all rulings and judgments of those courts should be and hereby are, in all respects,

AFFIRMED.

_____

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.